## STATE OF CONNECTICUT *v.* LUCIS RICHARDSON

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 32 (AC 25177), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*Michele C. Lukban*, assistant state's attorney, in opposition.

Decided February 16, 2005